UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| HERIBERTO PIMENTEL, | : 23-cv-8502 (SHS) |
| Plaintiff, | : ORDER |
| -against- | : |
| TARGET BRANDS, TARGET, TARGET STORES, INC., and KINGSBRIDGE ASSOCIATES, | : : |
| Defendants. | : |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

The initial pretrial conference having been held today, with counsel for all parties present,

IT IS HEREBY ORDERED that:

1. Initial disclosures pursuant to Fed. R. Civ. P. 26(a) shall be exchanged on or before December 20, 2023;

2. The last day to serve interrogatories and document demands is January 5, 2024;

3. Responses to interrogatories and document demands are due on or before February 9, 2024;

4. The last day for the completion of fact discovery is March 29, 2024; and

5. There will be a pretrial conference on April 4, 2024, at 10:00 a.m.

Dated: New York, New York
       November 29, 2023

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.