UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

HERIBERTO PIMENTEL,                                :     23-cv-8502 (SHS)

                Plaintiff,           :     ORDER

    -against-                                               :

TARGET BRANDS, TARGET, TARGET         :
STORES, INC., and KINGSBRIDGE
ASSOCIATES,                                              :

                Defendants.        :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      The conference scheduled for June 11, 2024, at 11:00 a.m. is adjourned to July 29 at 11:00 a.m. The depositions scheduled for June 12 and June 17 shall go forward as set [Doc. No. 19].

Dated: New York, New York
       June 5, 2024

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.