UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HERIBERTO PIMENTEL,

                Plaintiff,

    v.

TARGET CORPORATION, TARGET BRANDS, TARGET, TARGET STORES, INC., and KINGSBRIDGE ASSOCIATES,

                Defendants.

23-cv-8502

ORDER

---

SIDNEY H. STEIN, U.S. District Judge.

    Defendants have moved for summary judgment pursuant to Federal Rule of Civil Procedure 56 and filed a statement of material facts pursuant to Rule 56.1 of the Local Civil Rules of the U.S. District Courts for the Southern and Eastern Districts of New York ("Local Rule 56.1"). (ECF Nos. 22–24.) Plaintiff's opposition (ECF No. 26) did not "include a correspondingly numbered paragraph admitting or denying, and otherwise responding to, each numbered paragraph in the statement [of material facts] of the moving party," as required by Local Rule 56.1(b).

    The Court hereby ORDERS Pimentel to submit a statement that accords with Local Rule 56.1(b) **on or before May 16, 2025**. As set forth in Local Rule 56.1(d), each statement included therein also "must be followed by citation to evidence that would be admissible and set forth as required by Fed. R. Civ. P. 56(c)."

    If the Court does not receive this statement from plaintiff on or before May 16, 2025, the Court will deem the paragraphs included in defendants' statement of material facts to be admitted by Pimentel. *See* Local Rule 56.1(c) ("Each numbered paragraph in the statement of material facts set forth in the statement required to be served by the moving party will be deemed to be admitted for purposes of the motion unless specifically denied and controverted by a correspondingly numbered paragraph in the statement required to be served by the opposing party.").

Dated: New York, New York
         May 2, 2025

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.