# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

HERIBERTO PIMENTEL,

                Plaintiff,                23 **CIVIL** 8502 (SHS)

     -against-                      **<u>JUDGMENT</u>**

TARGET CORPORATION, TARGET BRANDS, TARGET, TARGET STORES, INC., and KINGSBRIDGE ASSOCIATES,

                Defendants.

-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 2, 2025, Defendants' motion for summary judgment is GRANTED.

**Dated:** New York, New York

       July 28, 2025

                                               **TAMMI M. HELLWIG**
                                                **Clerk of Court**

**BY:**

                                                **Deputy Clerk**